The People of the State of New York, Respondent, 
against
Antonio Valdez, Defendant-Appellant.



In consolidated criminal actions, defendant appeals from three judgments of the Criminal Court of the City of New York, Bronx County (Alvin M. Yearwood, J. at plea; William McGuire, J. at sentencing), each rendered September 17, 2013, convicting him, upon pleas of guilty, of two counts of aggravated unlicensed operation of a motor vehicle in the second degree and one count of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgments of conviction (Alvin M. Yearwood, J. at plea; William McGuire, J. at sentencing), rendered September 17, 2013, affirmed.
Regardless of whether defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the $250 fine imposed under docket number 2012BX060315. Defendant received the precise sentence for which he had bargained, which was well within the permissible statutory range (see Vehicle and Traffic Law § 511[1][b]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 11, 2016